IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUALITY STONE VENEER, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| **SELECTIVE INSURANCE** : | |
| **COMPANY OF AMERICA,** : | NO. 15-6509 |
| : | |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 23rd day of January, 2017, upon consideration of the plaintiff's motion for summary judgment (Doc. No. 10), defendant's motion for summary judgment (Doc. No. 11), plaintiff's reply brief in support of plaintiff's motion for summary judgment (Doc. No. 13), and defendant's memorandum in opposition to plaintiff's motion for summary judgment (Doc. No. 15), **IT IS HEREBY ORDERED** that:

1. Defendant's motion for summary judgment (Doc. No. 11) is **GRANTED**.

2. Plaintiff's motion for summary judgment (Doc. No. 10) is **DENIED**.

3. Judgment is entered for Selective Insurance Company of America against Quality Stone Veneer, Inc. on the entirety of the complaint.

4. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.